IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNE F. SKINNER**, as Administratrix of the Estates of James C. Skinner, Deceased, and John Michael Taylor, Deceased, <br>    Plaintiff <br><br> v. <br><br> **MICHAEL E. FORD** and **DAKOTA LINES, INC,** <br>    Defendants/Third-Party Plaintiffs <br><br> v. <br><br> **YU ANMIN, DSL TRANSPORTATION, INC. a/k/a DSL TRANSPORTATION, PENNSYLVANIA TURNPIKE COMMISSION and PENNSYLVANIA STATE POLICE,** <br>    Third-Party Defendants | CIVIL ACTION NO. 1:07-CV-1059 <br><br> (Judge Conner) |

**ORDER APPROVING PARTIAL SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACT PROCEEDS REGARDING THE ESTATE OF JOHN MICHAEL TAYLOR, DECEASED**

AND NOW, this 24th day of March, 2008, after reviewing Plaintiff's Petition for Partial Settlement of Survival and Wrongful Death Actions with Apportionment of Settlement Proceeds, regarding the Estate of John Michael Taylor, Deceased, the Court makes the following findings:

1. Notice of the proposed partial settlement and distribution of damages under the Wrongful Death and Survival claims brought by the John Michael Taylor Estate has been sent to all parties in interest, including John E. Taylor, surviving father of said decedent, and no objection to the Petition has been filed with this Court.

2. The Pennsylvania Department of Revenue, Bureau of Individual Taxes, has submitted a letter dated March 14, 2008, setting forth for inheritance tax purposes, an apportionment of the One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00) settlement with 70% ($105,000.00) to the wrongful death claim and 30% ($45,000.00) to the survival claim.

3. The partial settlement based on the total underinsured benefits in the amount of $150,000.00 is approved and in accordance with the Pennsylvania Department of Revenue, Bureau of Individual Taxes' letter referenced above, the apportionment of the partial settlement proceeds shall be as follows:

| | | |
|---|---|---:|
| **I.** | **WRONGFUL DEATH BENEFITS** | **$105,000.00** |
| A. | One-Third (1/3) legal fees paid to Leisawitz Heller Abramowitch Phillips, P.C. | $35,000.00 |
| B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (70% of $5,401.55) | $3,781.09 |
| C. | Net Proceeds to be paid in equal shares to Joanne F. Skinner and John E. Taylor | $66,218.91 |
| **II.** | **SURVIVAL BENEFITS** | **$45,000.00** |
| A. | One-third (1/3) legal fees to Leisawitz Heller Abramowitch Phillips, P.C. | $15,000.00 |
| B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (30% of $5,401.55) | $1,620.46 |
| C. | Escrow for future litigation costs | $10,000.00 |
| D. | Net Proceeds to be paid to the Estate of John Michael Taylor | $18,379.54 |

This Order shall not affect the remaining litigation in this case and the Orders of the Court remain in full force and effect.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge