# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNE F. SKINNER**, as Administratrix of the Estates of James C. Skinner, Deceased, and John Michael Taylor, Deceased,     Plaintiff | CIVIL ACTION NO. 1:07-CV-1059<br><br>(Judge Conner) |
| v. | |
| **MICHAEL E. FORD** and **DAKOTA LINES, INC**,     Defendants/Third-Party Plaintiffs | |
| v. | |
| **YU ANMIN, DSL TRANSPORTATION, INC. a/k/a DSL TRANSPORTATION, PENNSYLVANIA TURNPIKE COMMISSION and PENNSYLVANIA STATE POLICE,**     Third-Party Defendants | |

### ORDER APPROVING PARTIAL SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACT PROCEEDS REGARDING THE ESTATE OF JAMES C. SKINNER, DECEASED

AND NOW, this 24th day of March, 2008, after reviewing Plaintiff's Petition for Partial Settlement of Survival and Wrongful Death Actions with Apportionment of Settlement Proceeds, regarding the Estate of James C. Skinner, Deceased, the Court makes the following findings:

    1.    Notice of the proposed partial settlement and distribution of damages under the Wrongful Death and Survival claims brought by the James C. Skinner Estate has been sent to all parties in interest, including Coad Skinner, surviving father of said decedent, and no objection to the Petition has been filed with this Court.

2.     The Pennsylvania Department of Revenue, Bureau of Individual Taxes, has submitted a letter dated March 14, 2008, setting forth for inheritance tax purposes, an apportionment of the Two Hundred Thousand and 00/100 Dollars ($200,000.00) settlement with 70% ($140,000.00) to the wrongful death claim and 30% ($60,000.00) to the survival claim.

3.     The partial settlement based on the total amount of underinsured benefits in the amount of $200,000.00 is approved and in accordance with the Pennsylvania Department of Revenue, Bureau of Individual Taxes' letter referenced above, the apportionment of the partial settlement proceeds shall be as follows:

| | | |
|---|---|---|
| **I.** | **WRONGFUL DEATH BENEFITS** | **$140,000.00** |
| A. | One-Third (1/3) legal fees paid to Leisawitz Heller Abramowitch Phillips, P.C. | $46,666.00 |
| B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (70% of $7,160.19) | $5,012.13 |
| C. | Net Proceeds to be paid to Joanne F. Skinner, the sole intestate heir with a pecuniary interest in the Estate of James C. Skinner | $88,321.87 |
| **II.** | **SURVIVAL BENEFITS** | **$60,000.00** |
| A. | One-third (1/3) legal fees to Leisawitz Heller Abramowitch Phillips, P.C. | $20,000.00 |
| B. | Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. (30% of $7,160.19) | $2,148.06 |
| C. | Escrow for future litigation costs | $10,000.00 |
| D. | Net Proceeds to be paid to the Estate of James C. Skinner | $27,851.94 |

This Order shall not affect the remaining litigation in this case and the Orders of the Court remain in full force and effect.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge