IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANNE F. SKINNER,** | : | **CIVIL ACTION NO. 1:07-CV-1059** |
| Plaintiff | : | |
| v. | : | (Judge Conner) |
| | : | |
| **MICHAEL E. FORD**, *et al.*, | : | |
| Defendants | : | |

_____

| | | |
|---|---|---|
| **PAUL KUGLAR and** | : | **CIVIL ACTION NO. 1:08-CV-0504** |
| **BETSY ANN KUGLAR,** | : | |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| | : | |
| **MICHAEL E. FORD and** | : | |
| **DAKOTA LINES, INC.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of May, 2008, upon consideration of the motion to consolidate the above-captioned matters (Doc. 68 in No. 1:07-CV-1059), filed by defendants Michael E. Ford and Dakota Lines, Inc., and following a telephone conference with counsel of record in both actions, wherein all counsel concurred in the same, it is hereby ORDERED that said motion is GRANTED. The Clerk of Court is directed to consolidate Civil Action No. 1:08-CV-0504 into Civil Action No. 1:07-CV-1059 and to close the file in No. 1:08-CV-0504. All future documents filed in the consolidated action shall be filed under Civil Action No. 1:07-CV-1059.

                                                  S/Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge