IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNE F. SKINNER**, as Administratrix of the Estates of James C. Skinner, Deceased, and John Michael Taylor, Deceased, Plaintiff | : CIVIL ACTION NO. 1:07-CV-1059 : : (CONSOLIDATED) : : (Judge Conner) |
| v. | |
| **MICHAEL E. FORD** and **DAKOTA LINES, INC**, Defendants/Third-Party Plaintiffs | |
| v. | |
| **YU ANMIN**, *et al.*, Third-Party Defendants | |

## ORDER

AND NOW, this 5th day of March, 2009, upon consideration of the motion to dismiss or discontinue (Doc. 121) filed by plaintiffs Paul Kuglar and Betsy Ann Kuglar (collectively "the Kuglars"), and of the stipulation (Doc. 122) dismissing with prejudice all claims advanced by the Kuglars, and it appearing that the stipulation was signed by counsel for all parties who have appeared, see FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby ORDERED that:

1. The motion to dismiss or discontinue (Doc. 121) filed by the Kuglars is DENIED as moot.

2. The Clerk of Court is instructed to DROP Paul Kuglar and Betsy Ann Kuglar as parties to the above-captioned matter. See FED. R. CIV. P. 21.

        S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge